IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NADEZHDA BONDAR,

    Plaintiff,       No. CIV S-10-1555 EFB

vs.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.       <u>ORDER</u>
_____/

    On June 22, 2010, the court ordered plaintiff to file a motion for summary judgment and/ or remand within 45 days after being served with the administrative record. The administrative record was filed on September 29, 2010. Plaintiff has not filed her motion for summary judgment and/ or remand.

    In accordance with the above, IT IS HEREBY ORDERED that:

    1. Within 14 days of this order, plaintiff shall show cause regarding her failure to comply with the court's June 22, 2010 order.

    2. Within 30 days of the date of this order, plaintiff must file her motion for summary judgment and/ or remand.

////

////

1

3. Failure to comply with this order will result in the dismissal of this case.

DATED: July 5, 2011.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2