IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NADEZHDA BONDAR,

      Plaintiff,                       No. CIV S-10-1555 EFB

    vs.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

      Defendant.                <u>ORDER</u>
_____/

      On July 5, 2011, the court ordered plaintiff to show cause regarding her failure to comply with the court's scheduling order. Plaintiff has responded to the order to show cause, explaining that she failed to file a her brief because she did not realize that the transcript had been served on her electronically.

      IT IS HEREBY ORDERED that:

      1. The July 5 order to show cause is discharged;

      2. Within thirty days of the date of this order, defendant shall file an opposition or a statement of non-opposition to plaintiffs motion for summary judgment and/or remand, as well as any cross‑motions; and

////

////

1

3. Within 14 days thereafter, plaintiff shall file an opposition or statement of non-opposition to any cross-motions filed by defendant, as well as any reply in support of plaintiff's motion for summary judgment and/or remand.

DATED: August 3, 2011.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE